| | |
|---|---|
| PROB 22 (CAEP) (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> 0972 1:21CR00246-01 |
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* <br> 2:25-cr-00282-JCM-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> E-CA | DIVISION <br> Fresno |
|---|---|---|
| Raylon Thijay Randle <br> Nevada *(City/State only)* <br><br> ✓ FILED  ___ RECEIVED <br> ___ ENTERED  ___ SERVED ON <br> SEPT 16 2025 <br> CLERK, U.S. DISTRICT COURT <br> DISTRICT OF NEVADA <br> BY: _____AMMi_____ DEPUTY | NAME OF SENTENCING JUDGE | |
| | DATES OF PROBATION / SUPERVISED RELEASE <br> Supervised Release | FROM <br> 11/22/2024 | TO <br> 11/21/2027 |

| OFFENSE |
|---|
| 18 USC 922(g)(1) – Felon in Possession of Ammunition (CLASS C FELONY) |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| The person under supervision has family ties to the District of Nevada and has no intention of returning to the Eastern District of California. |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 10, 2025
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 1, 2025
*Effective Date*

*[signature: James C. Mahan]*
*United States District Judge*

CC:   United States Attorney

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Raylon Thijay Randle

Case No.:  1:21CR00246

TO BE ASSIGNED

September 16, 2025

TO:     The Honorable District Court Judge

On November 6, 2023, Randle was sentenced by the Honorable Ana de Alba to 46 months custody followed by three (3) years of supervised release for committing the offense of Felon in Possession of Ammunition.  Supervision commenced in the Eastern District of California (ED/CA) on November 22, 2024.  On December 5, 2024, supervision was transferred to the District of Nevada.

The purpose of this letter is to inform the District of Nevada that the Eastern District of California has initiated a transfer of jurisdiction (TOJ) as evidenced by the signed probation form 22. Randle relocated to the District of Nevada to be closer to his mother and due to him not having a viable residence in the Eastern District of California.  As such, Randle has zero intention of returning to the ED/CA for the remainder of his time on supervision, thus a transfer of jurisdiction is appropriate in this case. The probation form 22 is attached for the Court's review.

Should you have any further questions, please contact the undersigned at Deleyna_Jensen@nvp.uscourts.gov.

Respectfully submitted,

Digitally signed by Deleyna Jensen
Date: 2025.09.16 12:26:15 -07'00'

Deleyna Jensen
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Raylon Thijay Randle

Approved:

_____
Digitally signed by Steve Goldner
Date: 2025.09.16 12:21:34 -07'00'

Steve M Goldner
Supervisory United States Probation Officer